1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   ANTONIO CORTEZ BUCKLEY,              )        1:04-CV-5688 OWW LJO P
                                          )
12        Plaintiff,                      )        ORDER GRANTING EXTENSION OF
                                          )        TIME
13        v.                              )        (DOCUMENT #16)
                                          )
14   EDWARD S. ALAMEIDA, JR.,             )
                                          )
15                                        )
          Defendants.                     )
16   _____)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   May 12, 2005, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having

19   been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

20   ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to file an amended

22   complaint.

23   IT IS SO ORDERED.

24   **Dated:    June 14, 2005**                    **/s/ Lawrence J. O'Neill**
     b9ed48                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28