1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9 ANTONIO CORTEZ BUCKLEY,                         CASE NO. 1:04-CV-05688-OWW-LJO P

10                              Plaintiff,          ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS IN FULL, AND
11         v.                                       DENYING PLAINTIFF'S MOTION FOR
                                                    PRELIMINARY INJUNCTIVE RELIEF
12 EDWARD ALAMEIDA, JR., et al.,
                                                    (Docs. 30 and 31)
13                              Defendants.
                                              /
14 _____

15         Plaintiff Antonio Cortez Buckley ("plaintiff") is a state prisoner proceeding pro se and in

16 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to

17 a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18         On August 25, 2006, the Magistrate Judge filed a Findings and Recommendations herein

19 which was served on plaintiff and which contained notice to plaintiff that any objection to the

20 Findings and Recommendations was to be filed within thirty days.  Plaintiff filed an objection on

21 September 15, 2006.

22         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

23 Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

24 Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

25         Federal courts are courts of limited jurisdiction, and as a preliminary matter, the Court must

26 have before it an actual case or controversy.  City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103

27 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and

28 State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d

1  1118, 1126 (9th Cir. 2006). If the Ccourt does not have an actual case or controversy before it, it has

2  no power to hear the matter in question. Id.

3       The claims in this action arise from events which occurred at the California Correctional

4  Institution in Tehachapi between December 2001 and March 2003, at which time plaintiff was

5  transferred to California State Prison-Corcoran. (Doc. 28.) Plaintiff is currently housed at the

6  California Substance Abuse and Treatment Facility and State Prison, Corcoran (CSTAF). In his

7  motion, plaintiff alleges that on July 12, 2006, his legal and personal property was confiscated from

8  his cell at CSTAF. (Doc. 30.) Plaintiff characterizes the confiscation as "illegal" and seeks

9  intervention by the Court because he needs his legal material to litigate the pending action. (Id.)

10       Because the order sought by plaintiff in his motion would not remedy claims alleged in this

11  action, the Court lacks jurisdiction to issue such an order. Plaintiff's argument that he is entitled to

12  a preliminary injunction due to ongoing retaliatory activity is without merit.

13       It is HEREBY ORDERED that the Findings and Recommendations, filed August 25, 2006,

14  is ADOPTED IN FULL, and plaintiff's motion for preliminary injunctive relief, filed July 27, 2006,

15  is DENIED.

16

17  IT IS SO ORDERED.

18  **Dated:   December 1, 2006**                      **/s/ Oliver W. Wanger**
     emm0d6                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28