# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05688-OWW-LJO PC<br><br>ORDER DECLINING TO VACATE FINDINGS AND RECOMMENDATIONS AT THIS JUNCTURE, BUT GRANTING PLAINTIFF THIRTY DAYS WITHIN WHICH TO FILE A THIRD AMENDED COMPLAINT THAT COMPLIES WITH THE COURT'S ORDER OF APRIL 5, 2006<br><br>(Docs. 24 and 35) |

　　　　Plaintiff Antonio Cortez Buckley ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 4, 2006, the Magistrate Judge issued a Findings and Recommendations recommending that this action proceed on plaintiff's second amended complaint, filed May 12, 2006, against defendants Howard, Johnson, Barker, Chappel, Papac, Meadors, and Winett for retaliation arising out of excessive body searches, against defendants Winett, Meadors, Barker, and Woodley for retaliation arising out of the confiscation of plaintiff's kosher package, and against defendants Barker and Chappel for violation of the Equal Protection Clause, but that all other claims and defendants be dismissed.  On December 14, 2006, plaintiff filed an Objection in which he contends that due to confusion and grief following the deaths of his son and grandson in a car accident, he inadvertently submitted the wrong statement of claim.  Plaintiff contends that an attorney assisted him with amending his claim, but he failed to submit that amendment and requests leave to do so.

///

The Court has provided plaintiff with two opportunities to amend, and the Magistrate Judge screened plaintiff's most recent complaint despite the fact that plaintiff failed to comply with the dictates of the order granting him leave to amend. (Docs. 9, 24, 34.) In light of the fact that plaintiff alleges he erroneously submitted the wrong amended complaint, the Court will allow plaintiff one opportunity to file the correct amended complaint.  Plaintiff is specifically warned that if the complaint does not comply with the dictates of the order filed on April 5, 2006, by setting forth separate claims, the complaint will be stricken from the record.  The Court will not for a fourth time expend its resources screening a complaint not in compliance with the order.

At this juncture, the Court declines to vacate the Findings and Recommendations filed on December 4, 2006.  The Findings and Recommendations will be vacated if plaintiff files a third amended complaint which complies with the Court's order of April 5, 2006.  If plaintiff does not file a third amended complaint that complies with the Court's order of April 5, 2006, the Findings and Recommendations will be adopted and this action will proceed on plaintiff's second amended complaint only on those claims found to be cognizable by the Magistrate Judge on December 4, 2006.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is GRANTED **thirty (30) days** from the date of service of this order within which to file a third amended complaint that complies with the Court's order of April 5, 2006; and

2. If plaintiff files a third amended complaint that complies with the order of April 5, 2006, the Findings and Recommendations filed on December 4, 2006, will be vacated.

IT IS SO ORDERED.

**Dated:   February 7, 2007**   /s/ Oliver W. Wanger
emm0d6                           UNITED STATES DISTRICT JUDGE