1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANTONIO CORTEZ BUCKLEY,                    CASE NO. 1:04-cv-05688-OWW-NEW (DLB) PC

10                    Plaintiff,              ORDER GRANTING PLAINTIFF'S MOTION
                                             FOR AN EXTENSION OF TIME TO FILE AN
11        v.                                  AMENDED COMPLAINT IN COMPLIANCE
                                             WITH THE COURT'S ORDER OF
12  EDWARD ALAMEIDA, JR., et al.,            FEBRUARY 8, 2007

13                    Defendants.            (Doc. 40)

14  _____      THIRD AMENDED COMPLAINT DUE
                                             WITHIN THIRTY DAYS
15                                      /

16
17        Plaintiff Antonio Cortez Buckley ("plaintiff") is a state prisoner proceeding pro se and in

18  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 8, 2007, the

    Court granted plaintiff leave to file a third amended complaint within thirty days.  On February 26,

19  2007, plaintiff filed a motion seeking a thirty-day extension of time to comply.

20        Good cause having been shown, plaintiff's motion is GRANTED and plaintiff shall file a

21  third amended complaint within **thirty (30) days** from the date of service of this order.

22
23
        IT IS SO ORDERED.
24
        Dated:   **March 2, 2007**                    _____ **/s/ Dennis L. Beck** _____
25  i0d3h8                                             UNITED STATES MAGISTRATE JUDGE

26
27
28

                                             1