# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD ALAMEIDA, JR., et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-05688-OWW-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Docs. 42 and 44) |

Plaintiff Antonio Cortez Buckley ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA")). Plaintiff filed this action on December 29, 2003. On April 11, 2007, the Court screened plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief (1) against defendants Howard, Johnson, Barker, Chappel, Papac, Meadors, and Winett for retaliation arising out of excessive body searches (Incident 1); (2) against defendants Winett, Meadors, Barker, and Woodley for violation of the Free Exercise Clause and RLUIPA arising out of the confiscation of plaintiff's kosher food package (Incident 1); (3) against defendants Calderon, Winett, Meadors, Papac, Howard, Johnson, Vo, Kordan, and Doe for retaliation (Incident 2); (4) against defendants Reed, Mack, and Traynham for violation of the Eighth Amendment arising out of the condition of the cell plaintiff was housed in (Incident 2); and (5) against defendants Barker and Chappel for violation of the Equal Protection Clause arising out of the disappearance of plaintiff's religious

property (Incident 3).[1]  Fed. R. Civ. P. 8(a); <u>Swierkiewicz v. Sorema N. A.</u>, 534 U.S. 506, 512-15 (2002); <u>Austin v. Terhune</u>, 367 F.3d 1167, 1171 (9th Cir. 2004); <u>Jackson v. Carey</u>, 353 F.3d 750, 754 (9th Cir. 2003); <u>Galbraith v. County of Santa Clara</u>, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

>  WARDEN ARTHUR CALDERON
>  DR. T. VO
>  CPT. T. W. MEADORS
>  SGT. D. R. REED
>  DR. BERNARD KORDAN
>  LT. T. TRAYNHAM
>  LT. R. L. PAPAC
>  ASSOC. WARDEN DAVID L. WINETT
>  PAUL F. WOODLEY
>  SGT. DENNIS BARKER
>  SGT. M. HOWARD
>  SGT. M. JOHNSON
>  SGT. MACK
>  C/O CHAPPEL

2. The Clerk of the Court shall send plaintiff fourteen (14) USM-285 forms, fourteen (14) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed March 23, 2007.

---

[1] On April 11, 2007, plaintiff's claim for declaratory relief was dismissed, plaintiff's claim against defendants Howard, Johnson, Barker, Chappel, Papac, Meadors, and Winett arising out of threats and anti-Semitic slurs was dismissed, plaintiff's claim against defendants Calderon, Alameida, Grannis, and Vasquez arising from the confiscation of plaintiff's kosher package was dismissed (Incident 1), plaintiff's claim against defendants Ortiz and Kim arising from their failure to provide medical care was dismissed (Incident 2), plaintiff's free exercise claim and retaliation claims alleged in Incident 3 were dismissed, and defendants Alameida, Grannis, Vasquez, Ortiz, and Kim were dismissed from this action. (Doc. 44.)

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Fifteen (15) copies of the endorsed third amended complaint filed March 23, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **April 19, 2007**           /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE