1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  ANTONIO CORTEZ BUCKLEY,                    CASE NO. 1:04-cv-05688-OWW-NEW (DLB) PC

10                              Plaintiff,    ORDER GRANTING DEFENDANTS'
                                              MOTION FOR A THIRTY-DAY EXTENSION
11        v.                                  OF TIME TO FILE A RESPONSE TO
                                              PLAINTIFF'S THIRD AMENDED
12  EDWARD ALAMEIDA, JR., et al.,             COMPLAINT

13                              Defendants.   (Doc. 58)
    _____/

14
15
16        Plaintiff Antonio Cortez Buckley ("plaintiff") is a state prisoner proceeding pro se and in

17  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 26, 2007, defendants

18  Calderon, Mack, Barker, Traynham, Reed, Vo, and Meadors filed a motion seeking an extension of

19  time to file a response to plaintiff's third amended complaint.

20        Good cause having been shown, defendants' motion is GRANTED, and defendants have

21  **thirty (30) days** from the date of service of this order to file a response to plaintiff's third amended

22  complaint.

23
24        IT IS SO ORDERED.

25        Dated:   __July 27, 2007__        _____ /s/ **Dennis L. Beck** _____
                                              UNITED STATES MAGISTRATE JUDGE
26
27
28

1