IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,        CV F 04 5688 OWW GSA PC

    vs.               ORDER VACATING FINDINGS AND
                   RECOMMENDATIONS (DOC 71)

E. ALAMEIDA, et al.,

    Defendants.

On January 18, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. Specifically, the Court recommended dismissal on the ground that Plaintiff failed to keep the Court informed of his current address, as required by Local Rule.

On January 30, 2008, Plaintiff filed objections to the findings and recommendations. Plaintiff indicates that the mailroom staff at Salinas Valley State Prison did not deliver the scheduling order that was referenced in the finding and recommendation. Plaintiff did, however, receive the January 18, 2008, recommendation of dismissal. In his objections, Plaintiff indicates his current address of record.

Accordingly, IT IS HEREBY ORDERED that the January 18, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated:   **February 12, 2008**           /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

1