# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-cv-05688-OWW-GSA PC<br><br>ORDER RESOLVING REQUEST FOR COURT ACTION<br><br>(Doc. 74) |

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000) by Plaintiff Antonio Cortez Buckley ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis.  On July 30, 2008, Plaintiff filed a request for a ruling on his Objection to the Findings and Recommendations filed on January 18, 2008.  (Docs. 71, 72, 74.)  The Findings and Recommendations was vacated by court order filed February 13, 2008, and served on Plaintiff at his address of record.  (Doc. 73.)  There is no further action due, and Plaintiff's request filed on July 30, 2008 is DEEMED RESOLVED.

　　　　IT IS SO ORDERED.

　　　　**Dated:　August 3, 2008**　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE