# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>         Plaintiff,<br><br>    v.<br><br>EDWARD ALAMEIDA, JR., et al.,<br><br>         Defendants.<br>                                                                    / | CASE NO. 1:04-cv-05688-OWW-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE DOCUMENT 73<br><br>(Doc. 76) |

In light of Plaintiff's contention that he did not receive the Court's order filed on February 13, 2008, the Clerk's Office is HEREBY DIRECTED to re-serve the order. (Docs. 73, 76.)

IT IS SO ORDERED.

Dated:   **August 20, 2008**                         **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE

1