# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05688-OWW-GSA PC<br><br>ORDER GRANTING PARTIES' MOTIONS TO VACATE SECOND SCHEDULING ORDER, AND SETTING NEW DISCOVERY AND PRETRIAL DISPOSITIVE MOTION DEADLINES<br><br>(Docs. 80 and 83)<br><br>New Discovery Deadline: 04/01/2009<br>New Dispositive Motion Deadline: 06/01/2009 |

On August 20, 2008, the Court issued the Second Scheduling Order, which set this matter for telephonic trial confirmation hearing and jury trial. (Doc. 77.) All parties subsequently requested that the scheduling order be vacated to allow them to conduct discovery and file dispositive motions. (Docs. 80, 83.) The Court finds that it is in the interests of justice and of avoiding unnecessary expenditure of the Court's resources to grant the parties' motions and set new deadlines. Accordingly, it is HEREBY ORDERED that:

1. The parties' motions to vacate the scheduling order filed on August 20, 2008, are GRANTED;

2. The new deadline for the completion of all discovery, including filing motions to compel, is April 1, 2009;

3. The new deadline for filing pretrial dispositive motions is June 1, 2009;

///

4. A request for an extension of a deadline set in this order must be filed on or before the deadline in question; and

5. The parties are directed to the discovery and scheduling order filed on September 19, 2007, for the applicable rules and procedures.

IT IS SO ORDERED.

**Dated:   September 23, 2008**              /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE