# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY, | CASE NO. 1:04-cv-05688-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW FEBRUARY 12, 2010 MOTION TO DISMISS |
| v. | |
| EDWARD ALAMEIDA, JR., et al., | (Docs. 114 and 117) |
| Defendants. | CLERKS OFFICE TO TERMINATE DEADLINES |
| _____/ | |

Plaintiff Antonio Cortez Buckley is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA")).

On February 12, 2010, Defendants Calderon, Johnson, Mack, Chappel, Woodley, Winett, Papac, Kordan, Traynham, Howard, Meadors, Barker, Reed, and Vo (Defendants) filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 41(b), because Plaintiff failed to comply with the Court's October 20, 2009-Order, ordering  Plaintiff to pay $474.00 in sanctions. (Doc. 114.)  On February 26, 2010, Plaintiff filed his opposition to Defendants' motion to dismiss, asserting that he made a good faith effort to comply with the order, and has requested that $474.00 be withdrawn from his inmate trust account. (Doc,. 115.)  On March 4, 2010, Defendants filed a request to withdraw their motion to dismiss based on confirmation that Plaintiff has in fact submitted the required documents to make the $474.00 payment from his inmate trust account, which will be paid to the Office of the Attorney General.

Accordingly, it is HEREBY ORDERED that Defendants' motion to dismiss, filed February 12, 2010 is deemed withdrawn.  The Clerk of the Court is advised that Defendants' motion is withdrawn such that all applicable motion deadlines should be terminated.

IT IS SO ORDERED.

**Dated:**   **March 8, 2010**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE