# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. BUCKLEY,<br><br>         Plaintiff,<br><br>    vs.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>         Defendants<br>_____/ | CASE NO. 1:04-cv-05688-OWW-GBC<br><br>ORDER DENYING REQUESTS FOR<br>COPY OF DEPOSITION TRANSCRIPT<br><br>(Docs. 128 and 130) |

On September 13, 2010, Defendants filed a motion for summary judgment. Rather than filing an opposition to the motion for summary judgment, on September 24, 2010 and on October 8, 2010, Plaintiff Antonio Buckley ("Plaintiff") filed requests for a copy of the deposition transcript referenced in Defendants' motion for summary judgment. Plaintiff asserts that he cannot respond to the motion for summary judgment without the deposition transcript and further asserts that he had not had the opportunity to review and sign his deposition transcript.

The officer must furnish a copy of the deposition to Plaintiff upon payment of reasonable charges. Fed. R. Civ. P. 30(f)(2). There is no provision under the Federal Rules or the Local Rules for free copies of deposition transcripts. Further, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant motion.

Moreover, Rule 30(e) of the Federal Rules of Civil Procedure provides that upon request of a deponent or a party before completion of the deposition, the deponent or party shall have thirty days after being notified by the officer that the transcript or recording is available in which to review the transcript

1 or recording. Fed. R. Civ. P. 30(e). However, in their September 30, 2010 reply, the Defendants offer
2 evidence in Exhibits 1 and 2 that Plaintiff refused to review the deposition transcript.
3    Accordingly, Plaintiff's request for a copy of the transcript of his deposition is HEREBY
4 ORDERED DENIED.
5        IT IS SO ORDERED.

6 Dated:   November 4, 2010
7                                                     UNITED STATES MAGISTRATE JUDGE