# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. BUCKLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEIDA, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-cv-05688-OWW-GBC PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE ADDITIONAL DOCUMENTATION REGARDING REQUEST TO OBTAIN LEGAL DOCUMENTS<br><br>(Doc. 124)<br><br>FILING DUE WITHIN FIFTEEN DAYS |

On August 26, 2010, Plaintiff filed a motion for injunctive relief to recover legal papers that were confiscated during an administrative segregation. Plaintiff alleged that a file was not returned which contained: 1) legal research and notes; 2) documentary evidence; 3) pretrial statement; and 4) the scheduling order in this case. Plaintiff alleged that after two months of the administrative appeals process, the administration at Salinas Valley State Prison has refused to return the file.

As stated in the Court's February 20, 2009 order, the Court will not intervene, via request rather than order, in property issues absent a showing of compelling need. Plaintiff's request is currently too vague to demonstrate that he has a compelling need for any specific document. This Court, however, is cognizant of the pending summary judgment motion that Plaintiff wishes to opposed. Therefore, within **fifteen (15) days** from the date of service of this order, Plaintiff must submit documentation of the administrative appeal, final administrative response in this matter and a statement from Plaintiff detailing his efforts to obtain missing documents and what specific documents Plaintiff is missing that he would need to effectively respond to the summary judgment motion.

1  Further, the Court requests that defense counsel, as an officer of the Court, make an inquiry
2  to the officials at Salinas Valley State Prison regarding any missing legal papers and to provide a
3  status report to the Court.

6  IT IS SO ORDERED.

   Dated:   November 10, 2010
8                                                                    UNITED STATES MAGISTRATE JUDGE