# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY, | 1:04-cv-05688-OWW-GBC PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR INJUNCTIVE RELIEF |
| v. | |
| EDWARD S. ALAMEIDA, JR, et. al., | (Docs. 124, 137) |
| Defendants. | |

Antonio Cortez Buckley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Person Act of 2000). This action was filed on February 27, 2008. On August 26, 2010, Plaintiff filed a request for emergency injunctive relief. (Doc. 124.) On November 10, 2010, the Court issued an order directing Plaintiff to file additional documentation regarding the request. (Doc. 134.) Defendants filed a status report on November 30, 2010, and Plaintiff filed a motion to withdraw his request for emergency injunctive relief on December 2, 2010. (Docs. 135, 137.)

///

///

1

1     Accordingly, it is HEREBY ORDERED that Plaintiff's motion to withdraw the request
2 for injunctive relief is GRANTED.
3 IT IS SO ORDERED.

4 **Dated:   December 29, 2010**                     **/s/ Oliver W. Wanger**
                                                                       UNITED STATES DISTRICT JUDGE