# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. BUCKLEY,<br><br>            Plaintiff,<br><br>   v.<br><br>ALAMEIDA, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:04-cv-05688-OWW-GBC PC<br><br>ORDER STRIKING FINDINGS AND<br>RECOMMENDATIONS AS MOOT<br>(Doc. 136) |

On August 26, 2010, Plaintiff filed a motion for injunctive relief to recover legal papers that were confiscated during an administrative segregation. On December 2, 2010, Plaintiff filed a motion to withdraw the request for injunctive relief filed on August 26, 2010. However, such request did not appear on the docket until after the Court filed its Findings and Recommendations on December 3, 2010, recommending that Plaintiff's motion for injunctive relief be denied. Therefore, the Court HEREBY ORDERS:

    1. The Clerk's Office shall strike the Findings and Recommendations filed on December 3, 2010 as moot.

IT IS SO ORDERED.

Dated:   January 5, 2011

UNITED STATES MAGISTRATE JUDGE