# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. BUCKLEY, | CASE NO. 1:04-cv-05688-LJO-GBC PC |
| Plaintiff, | ORDER STRIKING FINDINGS AND RECOMMENDATIONS FILED ON DECEMBER 14, 2011 |
| v. | |
| ALAMEIDA, et al., | (Doc. 149) |
| Defendants. | |

Plaintiff Antonio Cortez Buckley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act ("RLUIPA")). On December 14, 2011, the Court filed findings and recommendations in which the Court found that there remained a disputed issue of material fact regarding whether Defendants Reed, Mack, and Traynham placed Plaintiff in a cell that was covered in feces. Doc. 149 at 39. However, the conclusion and order omitted that finding. Doc. 149 at 45. Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure,[1] the Court will strike its original findings and recommendation and refile the corrected version so as to avoid confusion.

///

///

---

[1] Rule 60(a) states: "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." Fed. R. Civ. P. 60(a).

1

1   Based on the forgoing, the Court's findings and recommendations filed December 14, 2011,
2   is HEREBY STRICKEN to be replaced with the amended findings and recommendations.

4   IT IS SO ORDERED.

6   Dated:   December 20, 2011                                    UNITED STATES MAGISTRATE JUDGE