# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. BUCKLEY, | CASE NO. 1:04-cv-05688-LJO-GBC PC |
| Plaintiff, | ORDER DENYING AS MOOT MOTION REQUESTING RULING ON MOTION FOR |
| v. | SUMMARY JUDGMENT |
| ALAMEIDA, et al., | (Doc. 147) |
| Defendants. | |

_____ /

Plaintiff Antonio Cortez Buckley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act ("RLUIPA")). On June 8, 2011, Plaintiff filed a motion requesting the Court to rule on the then pending motion for summary judgment. Doc. 147. On December 20, 2011, the Court filed findings and recommendations regarding the motion for summary judgment. Doc. 151.

Based on the forgoing, Plaintiff's motion filed June 8, 2011, is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   January 9, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1