# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. BUCKLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEIDA, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:04-cv-05688-OWW-GBC PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 151)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ORDERING DEFENDANTS TO RE-BRIEF ONE ISSUE<br><br>SIXTY DAY DEADLINE |

**I.   Factual and Procedural Background**

Plaintiff Antonio Cortez Buckley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act ("RLUIPA")). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 13, 2010, Defendants filed a motion for summary judgment. Doc. 126.

On December 20, 2011, the Magistrate Judge filed a Findings and Recommendations herein which recommended granting in part Defendants' motion for summary judgment and recommended re-briefing on an additional issue. Doc. 151. The Magistrate Judge gave the parties thirty days to file objections. Doc. 151. The thirty-day period has expired, and neither party has not filed any objections.

///

II.   **Conclusion and Order**

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. The Court concludes that the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendations filed on December 20, 2011, is adopted in full (Doc. 151);

2. Defendants' motion for summary judgment filed on September 13, 2010, is GRANTED IN PART and DENIED IN PART (Doc. 126) as follows:

    a. granted as to Plaintiff's retaliation claim against Defendants Howard, Johnson, Barker, Chappel, Papac, Meadors, and Winett based on a theory of retaliatory repeated routine pat-down searches;

    b. granted as to Plaintiff's RLUIPA and Free Exercise claims against Defendants Winett, Meadors, Barker, and Woodley regarding the confiscation of Plaintiff's kosher food Package;

    c. granted as to Plaintiff's retaliation claim against Defendants Calderon, Winett, Meadors, Papac, Howard, Johnson, Vo, and Kordan regarding the x-ray and contraband watch;

    d. granted as to Plaintiff's Eighth Amendment claim against Defendants Reed, Mack, and Traynham for implementing the contraband watch procedure;

    e. denied as to Plaintiff's Eighth Amendment claim against Defendants Reed, Mack, and Traynham for placing Plaintiff in a cell that was covered in feces;

    f. denied as to Plaintiff's Equal Protection claim against Defendants Chappel and Barker for the confiscated menorah and candles;

///
///
///
///
///

1     3.     Within sixty days (60) of service of this order, Defendants shall submit a supplemental motion for summary judgment on the issue of whether Defendants Howard, Winnett, Papac, Calderon and Kordan violated the Eighth amendment by maliciously implementing a contraband search without a valid penological interest or file notice of their desire to go to trial on the issue.

IT IS SO ORDERED.

Dated:    **January 25, 2012**           /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE