# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>    Defendants. | Case No. 1:04-cv-05688-SAB (PC)<br><br>ORDER MODIFYING MOTIONS IN LIMINE DEADLINES |

    Plaintiff Antonio Cortez Buckley ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2003. This action is proceeding against Defendants Reed, Mack, and Traynham for allegedly placing Plaintiff in a cell that was covered in feces in violation of the Eighth Amendment and against Defendants Chappel and Barker for allegedly confiscating Plaintiff's menorah and candles in violation of the Equal Protection Clause of the Fourteenth Amendment. This matter is set for jury trial on May 21, 2013 before the undersigned.

    On May 2, 2013,[1] Plaintiff filed a motions in limine requesting to add Plaintiff's exhibits numbered 58-75 to the exhibits listed in the April 18, 2013 pretrial order. (ECF No. 210.) Plaintiff's pretrial statement listing all proposed exhibits was due on February 14, 2013. (ECF

---

[1] Plaintiff failed to include a proof of service document with his motion in limine. However, the Court recognizes that Plaintiff's motion is dated as April 29, 2013.

No. 184.)  Plaintiff claims that these additional exhibits will help Plaintiff substantially prosecute his case and will prevent manifest injustice.  Defendants may reply to Plaintiff's motion and file any additional motions in limine regarding these exhibits by May 8, 2013.  Plaintiff may file a response to any additional motions in limine by May 13, 2013.  Plaintiff shall address in the response why these exhibits were not available for inclusion in his pretrial statement.

IT IS SO ORDERED.

Dated:   **May 3, 2013**

UNITED STATES MAGISTRATE JUDGE