# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY, | Case No. 1:04-cv-05688-SAB (PC) |
| Plaintiff, | ORDER VACATING MAY 15, 2013 TELEPHONIC HEARING AND MAY 21, 2013 TRIAL |
| v. | |
| EDWARD S. ALAMEIDA, et al., | SCHEDULING DEADLINE FOR DISPOSITINAL DOCUMENTS |
| Defendants. | |
| | (ECF No. 212) |
| | TWENTY-ONE DAY DEADLINE |

Plaintiff Antonio Cortez Buckley ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2003. A motions in limine telephonic hearing was scheduled for May 15, 2013 and trial was set for May 21, 2013. On May 10, 2013, Defendants filed a notice of settlement according to Local Rule 160. (ECF No. 212.)

Accordingly, it is HEREBY ORDERED that:

1. The May 15, 2013 telephonic hearing and May 21, 2013 trial are HEREBY VACATED; and

///

///

///

1

2. In accordance with Local Rule 160(b), documents disposing of this action must be filed with the Court no later than twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 13, 2013**                                  _____
                                                                             UNITED STATES MAGISTRATE JUDGE