1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ANTONIO CORTEZ BUCKLEY, | Case No.  1:04-cv-05688-SAB (PC) |
| 12            Plaintiff, | ORDER THAT PLAINTIFF ANTONIO CORTEZ BUCKLEY IS NO LONGER NEEDED IN THESE |
| 13      v. | PROCEEDINGS, AND THE WRIT OFHABEAS CORPUS AD TESTIFICANDUM IS |
| 14 EDWARD S. ALAMEIDA, et al., | DISCHARGED |
| 15            Defendants. | (ECF Nos. 207 & 212) |

16

17        Plaintiff Antonio Cortez Buckley ("Plaintiff"), a state prisoner proceeding pro se and in

18 forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2003.

This matter is set for jury trial on May 21, 2013 before the undersigned.

19

20        On May 10, 2013, Defendants filed a notice of settlement according to Local Rule 160.

(ECF No. 212.)  Accordingly, Plaintiff Antonio Cortez Buckley, CDCR #E-71421, is no longer

21
needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to

22
this inmate is HEREBY DISCHARGED.

23

24

25 IT IS SO ORDERED.

26

27    Dated:    **May 13, 2013**    _____

                                   UNITED STATES MAGISTRATE JUDGE
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28