# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>　　　　Defendants. | Case No. 1:04-cv-05688-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)<br><br>(ECF No. 216) |

　　　Plaintiff Antonio Cortez Buckley ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2003. On May 10, 2013, Defendants filed a notice of settlement according to Local Rule 160. (ECF No. 212.) On May 17, 2013 Plaintiff filed a notice of settlement. (ECF No. 215.) On June 26, 2013, the Defendants filed a stipulation of voluntary dismissal, signed by Plaintiff and Defendants. The parties stipulated that the entire action shall be dismissed, with prejudice, and that each side shall bear their own costs and fees. Accordingly,

　　　IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is DISMISSED, with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　Dated:　**June 28, 2013**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1